UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 16-cv-80882-BLOOM/Valle**

JANET HOYT,

    Plaintiff,

v.

JUPITER LANES LIMITED,
d/b/a Jupiter Lanes,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon a Notice of Voluntary Dismissal with Prejudice ECF No. [10]. The Court having considered the Notice and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the Notice of Voluntary Dismissal with Prejudice, **ECF No. [10]**, is **approved**, and the above-styled case is **DISMISSED WITH PREJUDICE**. Per the Notice, each party is to bear its own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are denied as moot. The **CLERK** is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 11th day of July, 2016.

*[signature]*

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record